FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2013 SEP 25 PM 2: 09

CLERK _____
SO. DIST. OF GA.

DERRICK JAMEIN ROBINSON,        )
                                )
        Petitioner,             )
                                )
v.                              )        CASE NOS. CV413-189
                                )                  CR412-086
UNITED STATES OF AMERICA,       )
                                )
        Respondent.             )
_____)

## O R D E R

Before the Court is the Magistrate Judge's Report and
Recommendation, to which no objections have been filed.
(Doc. 5.)    After a careful de novo review of the record,
the report and recommendation is **ADOPTED** as the Court's
opinion in this case, and the Petition is **DISMISSED WITHOUT
PREJUDICE**.    The Clerk of Court is **DIRECTED** to close this
case.

        SO ORDERED this 25th day of September 2013.

                        WILLIAM T. MOORE, JR.
                        UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF GEORGIA